# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-1567
_____

CHAVALIER DWAYNE JOHNSON
SR.,

     Appellant,

     v.

DR. NICHOLS; CARLA MOSLEY:
FLORIDA DEPT. OF CORRECTIONS
et al. seqq. A.R.N.P. WILLIAM
BASS; THE FUND et al. seqq.
Chief of Health Operations;
OKEECHOBEE C.I.,

     Appellees.

_____


On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

September 9, 2020


PER CURIAM.

     DISMISSED.

ROBERTS, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Chavalier Dwayne Johnson Sr., pro se, Appellant.

Ashley Moody, Attorney General, and Omar J. Famada, Assistant Attorney General, Tallahassee, for Appellee Department of Corrections.